# Exhibit D



US00D864688S

(12) **United States Design Patent**   (10) Patent No.:      **US D864,688 S**

Hochstrasser                           (45) Date of Patent:   ** **Oct. 29, 2019**

(54) **STRAPPING DEVICE**

(71) Applicant: **Signode Industrial Group LLC**, Glenview, IL (US)

(72) Inventor: **Samuel Hochstrasser**, Fällanden (CH)

(73) Assignee: **Signode Industrial Group LLC**, Glenview, IL (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/598,733**

(22) Filed: **Mar. 28, 2017**

(51) LOC (12) Cl. ............................................... **08-01**

(52) **U.S. Cl.**
USPC ........................................... **D8/61**; D15/145

(58) **Field of Classification Search**
USPC ....... D8/41, 61, 67; D15/122, 145, 146, 199
CPC ......... B65B 13/00; B65B 13/06; B65B 13/16; B65B 13/18; B65B 13/32; B65B 13/285; B65B 57/04; B65B 59/04; B65B 2210/12; E04G 21/122; E04G 21/123
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,194,108 A  *  3/1940  Wright .................... B65B 13/02 100/26
2,707,429 A     5/1955  Leslie, II ............... B65B 13/06 100/12
3,013,589 A    12/1961  Holford
3,120,171 A  *  2/1964  Hall ...................... B65B 13/34 100/26
3,232,217 A  *  2/1966  Harmon .................. B65B 13/06 100/26
3,367,374 A     2/1968  Meier et al.
3,654,033 A     4/1972  Angarola et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CA        2 432 353     12/2003
CH        705 745       5/2013
(Continued)

OTHER PUBLICATIONS

Orgapack ORT-250 Automatic Sealless Combo Strapping Tool, located online at www.uline.com/Product/Detail/H-2385/Poly-Strapping_Tools/Orgapack-ORT-250-Automatic-Sealless-Combo-Strapping-Tool.com, available prior to Jan. 30, 2017 (1 page).
(Continued)

*Primary Examiner* — Patricia A Palasik
(74) *Attorney, Agent, or Firm* — Neal, Gerber & Eisenberg LLP

(57)          **CLAIM**

The ornamental design for a strapping device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front top right-side perspective view of a strapping device of one embodiment of our new design.
FIG. **2** is a front elevational view of the strapping device of FIG. **1**.
FIG. **3** is a rear elevational view of the strapping device of FIG. **1**.
FIG. **4** is a right-side elevational view of the strapping device of FIG. **1**.
FIG. **5** is a left-side elevational view of the strapping device of FIG. **1**.
FIG. **6** is a top plan view of the strapping device of FIG. **1**.
FIG. **7** is a bottom plan view of the strapping device of FIG. **1**; and,
FIG. **8** is a rear bottom left-side perspective view of the strapping device of FIG. **1**.
The broken lines showing parts of the drawings form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



# US D864,688 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,011,807 | A | 3/1977 | Kobiella |
| 4,015,643 | A | 4/1977 | Cheung |
| 4,050,372 | A | 9/1977 | Kobiella |
| 4,240,865 | A | 12/1980 | Kyts |
| 4,313,779 | A | 2/1982 | Nix |
| 4,450,032 | A | 5/1984 | Wehr |
| 4,495,972 | A | 1/1985 | Walker |
| 4,502,911 | A * | 3/1985 | Discavage .............. B65B 13/32 100/33 PB |
| 4,534,817 | A | 8/1985 | O'Sullivan |
| 4,535,730 | A | 8/1985 | Allen |
| 4,572,064 | A | 2/1986 | Burton et al. |
| 4,707,390 | A | 11/1987 | Cheung |
| 4,724,659 | A * | 2/1988 | Mori ...................... B65B 13/32 100/29 |
| D295,525 | S * | 5/1988 | Sakaki ........................ D15/145 |
| 4,776,905 | A | 10/1988 | Cheung et al. |
| D307,435 | S * | 4/1990 | Sakaki ...................... D15/145 |
| D308,977 | S * | 7/1990 | Sakaki ...................... D15/145 |
| 5,133,532 | A | 7/1992 | Figiel et al. |
| 5,146,847 | A | 9/1992 | Lyon et al. |
| 5,155,982 | A | 10/1992 | Boek et al. |
| 5,159,218 | A | 10/1992 | Murry et al. |
| 5,267,508 | A * | 12/1993 | Yoshino ............... B65B 13/32 100/26 |
| 5,379,576 | A | 1/1995 | Koyama et al. |
| 5,516,022 | A | 5/1996 | Annis, Jr. |
| 5,651,306 | A * | 7/1997 | Hoshino .............. B65B 13/22 100/26 |
| 5,689,943 | A | 11/1997 | Wehr |
| 5,690,023 | A | 11/1997 | Stamm et al. |
| 5,798,596 | A | 8/1998 | Lordo |
| 5,809,873 | A * | 9/1998 | Chak ...................... B65B 13/22 100/26 |
| 5,944,064 | A | 8/1999 | Saito et al. |
| 6,003,578 | A | 12/1999 | Chang |
| D424,078 | S * | 5/2000 | Chin-Chang ............... D15/145 |
| 6,109,325 | A | 8/2000 | Chang |
| 6,308,760 | B1 | 10/2001 | Finzo et al. |
| 6,332,306 | B1 | 12/2001 | Finzo et al. |
| 6,367,732 | B1 * | 4/2002 | Bobren ................. B65B 13/184 242/535.3 |
| 6,405,766 | B1 | 6/2002 | Benjey |
| 6,463,721 | B1 * | 10/2002 | Su ......................... B65B 13/22 100/29 |
| 6,516,715 | B1 | 2/2003 | Reiche |
| 6,568,159 | B2 * | 5/2003 | Kawai .................. B65B 13/04 100/25 |
| 6,578,337 | B2 | 6/2003 | Scholl et al. |
| 6,606,766 | B2 | 8/2003 | Ko |
| 6,644,713 | B2 | 11/2003 | Del Pozo Abejon et al. |
| D488,822 | S * | 4/2004 | Shibazaki .................. D15/145 |
| 6,715,375 | B2 | 4/2004 | Nestler |
| 6,729,357 | B2 | 5/2004 | Marsche |
| 6,732,638 | B1 | 5/2004 | Rometty et al. |
| 6,745,678 | B1 * | 6/2004 | Liu ....................... B65B 13/06 100/26 |
| 6,789,469 | B1 * | 9/2004 | Tipton ................ B65B 27/08 100/18 |
| 6,817,159 | B2 | 11/2004 | Sakaki et al. |
| 6,820,402 | B1 * | 11/2004 | Haberstroh ............. B65B 13/04 100/26 |
| 6,918,235 | B2 | 7/2005 | Nix |
| 6,931,986 | B1 * | 8/2005 | Liu ....................... B65B 13/22 100/32 |
| 6,994,019 | B1 * | 2/2006 | Liu ....................... B65B 13/08 100/26 |
| 7,011,000 | B2 | 3/2006 | Kushida et al. |
| 7,073,431 | B1 | 7/2006 | Chen |
| D546,852 | S * | 7/2007 | Shimojima .............. D15/145 |
| 7,240,612 | B1 * | 7/2007 | Kirar .................. B65B 13/06 100/18 |
| 7,249,862 | B2 | 7/2007 | Shirane |
| 7,263,928 | B1 * | 9/2007 | Holden ................. B65B 13/06 100/26 |
| 7,270,055 | B1 * | 9/2007 | Haberstroh .......... B65B 13/22 100/26 |
| 7,312,609 | B2 | 12/2007 | Schmollgruber et al. |
| 7,456,608 | B2 | 11/2008 | Kageler et al. |
| D629,321 | S | 12/2010 | Neeser et al. |
| D651,498 | S | 1/2012 | Neeser et al. |
| D653,923 | S | 2/2012 | Neeser et al. |
| 8,198,839 | B2 | 6/2012 | Katou et al. |
| 8,378,600 | B2 | 2/2013 | Katou et al. |
| 8,967,217 | B2 | 3/2015 | Gardner et al. |
| 9,174,752 | B2 | 11/2015 | Neeser et al. |
| 9,193,486 | B2 | 11/2015 | Neeser et al. |
| 9,254,932 | B2 | 2/2016 | Neeser et al. |
| 9,284,080 | B2 | 3/2016 | Neeser et al. |
| 9,315,283 | B2 | 4/2016 | Neeser et al. |
| 9,745,090 | B2 * | 8/2017 | Haberstroh ............. B65B 13/04 |
| 9,932,135 | B2 | 4/2018 | Finzo et al. |
| 2002/0100146 | A1 | 8/2002 | Ko |
| 2002/0129717 | A1 | 9/2002 | Helland et al. |
| 2002/0138411 | A1 | 9/2002 | Napier et al. |
| 2003/0010223 | A1 * | 1/2003 | Lopez .................. B65B 13/06 100/4 |
| 2003/0024217 | A1 * | 2/2003 | Schwede ............. B65B 25/14 53/586 |
| 2003/0025610 | A1 * | 2/2003 | Helmrich ............ B65B 13/06 340/9.17 |
| 2003/0145900 | A1 | 8/2003 | Jensen et al. |
| 2004/0206251 | A1 | 10/2004 | Nix |
| 2004/0237806 | A1 * | 12/2004 | Sickels ............... B65B 13/06 100/26 |
| 2004/0244605 | A1 * | 12/2004 | Pearson .............. B65B 13/06 100/8 |
| 2004/0255562 | A1 * | 12/2004 | Haberstroh ........... B65B 13/06 53/589 |
| 2004/0255797 | A1 * | 12/2004 | Bobren ............... B65B 13/06 100/26 |
| 2005/0279198 | A1 | 12/2005 | Kushida et al. |
| 2006/0108180 | A1 | 5/2006 | Grach et al. |
| 2006/0192527 | A1 | 8/2006 | Kageler et al. |
| 2007/0163452 | A1 * | 7/2007 | Bobren ............... B65B 13/06 100/26 |
| 2008/0072539 | A1 * | 3/2008 | Morrison ............. B65B 13/06 53/399 |
| 2009/0013656 | A1 | 1/2009 | Nasiatka et al. |
| 2009/0114308 | A1 | 5/2009 | Marelin et al. |
| 2010/0154661 | A1 * | 6/2010 | Bobren ............... B65B 13/06 100/4 |
| 2011/0056389 | A1 | 3/2011 | Neeser et al. |
| 2011/0056390 | A1 | 3/2011 | Neeser et al. |
| 2011/0056391 | A1 | 3/2011 | Neeser et al. |
| 2011/0056392 | A1 | 3/2011 | Neeser et al. |
| 2011/0100233 | A1 | 5/2011 | Neeser et al. |
| 2011/0146505 | A1 * | 6/2011 | Schwede ............. B65B 13/185 100/8 |
| 2011/0253480 | A1 | 10/2011 | Goodman et al. |
| 2012/0017780 | A1 | 1/2012 | Haberstroh et al. |
| 2012/0160364 | A1 | 6/2012 | Katou et al. |
| 2012/0210682 | A1 | 8/2012 | Gardner |
| 2012/0216688 | A1 * | 8/2012 | Liu ..................... B65B 13/06 100/8 |
| 2013/0014653 | A1 * | 1/2013 | Lai ...................... B65B 13/06 100/32 |
| 2013/0014654 | A1 * | 1/2013 | Lai ...................... B65B 13/06 100/32 |
| 2013/0098252 | A1 * | 4/2013 | Haberstroh .......... B65B 13/06 100/8 |
| 2013/0276415 | A1 * | 10/2013 | Haberstroh .......... B65B 13/04 53/589 |
| 2014/0083310 | A1 * | 3/2014 | Hohn .................. B65B 13/18 100/2 |
| 2014/0290179 | A1 | 10/2014 | Keller |

# US D864,688 S
Page 3

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2015/0210411 A1 | 7/2015 | Finzo et al. | |
| 2016/0107775 A1 | 4/2016 | Amacker et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1151129 | 6/1997 |
| CN | 2266566 | 11/1997 |
| CN | 1203878 | 1/1999 |
| CN | 1253099 | 5/2000 |
| CN | 3260241 D | 10/2002 |
| CN | 1418163 | 5/2003 |
| CN | 1558842 | 12/2004 |
| CN | 1660675 | 8/2005 |
| CN | 3534469 D | 6/2006 |
| CN | 1859999 | 11/2006 |
| CN | 101134308 | 3/2008 |
| CN | 101164416 | 4/2008 |
| CN | 101287578 | 10/2008 |
| CN | 101486329 | 7/2009 |
| CN | 301044699 D | 10/2009 |
| CN | 201411061 | 2/2010 |
| CN | 101678903 | 3/2010 |
| CN | 301199818 S | 5/2010 |
| CN | 101870367 | 10/2010 |
| CN | 301492534 S | 3/2011 |
| CN | 102026873 | 4/2011 |
| CN | 102026874 | 4/2011 |
| CN | 102026875 | 4/2011 |
| CN | 202100012 | 1/2012 |
| CN | 302836585 S | 6/2014 |
| CN | 303949899 S | 11/2016 |
| CN | 303979302 S | 12/2016 |
| DE | 39 16 355 | 12/1989 |
| DE | 40 14 305 | 11/1991 |
| DE | 19751861 | 1/1999 |
| DE | 10026200 | 11/2001 |
| DE | 20321137 | 1/2006 |
| DE | 10 2005 049130 | 4/2007 |
| DE | 10 2006 007990 | 8/2007 |
| DE | 10 2009 047443 | 6/2011 |
| DE | 202011050797 | 11/2011 |
| EP | 0095643 | 12/1983 |
| EP | 0480627 | 4/1992 |
| EP | 0603868 | 6/1994 |
| EP | 0659525 | 6/1995 |
| EP | 0744343 | 11/1996 |
| EP | 0949146 | 10/1999 |
| EP | 0997377 | 5/2000 |
| EP | 0999133 | 5/2000 |
| EP | 1177978 | 2/2002 |
| EP | 1316506 | 6/2003 |
| EP | 1413519 | 4/2004 |
| EP | 1837279 A1 | 9/2007 |
| EP | 2271553 | 4/2013 |
| GB | 1 161 827 | 8/1969 |
| GB | 2 041 869 | 9/1980 |
| GB | 2 481 724 | 1/2012 |
| JP | S5290398 | 7/1977 |
| JP | S541238 | 1/1979 |
| JP | S5638220 | 4/1981 |
| JP | S6322320 | 1/1988 |
| JP | H05198241 | 8/1993 |
| JP | H07300108 | 11/1995 |
| JP | H08258808 | 10/1996 |
| JP | H08324506 | 12/1996 |
| JP | H09283103 | 10/1997 |
| JP | 3044132 | 5/2000 |
| JP | 2000128113 | 5/2000 |
| JP | 2000128115 | 5/2000 |
| JP | 3227693 | 11/2001 |
| JP | 3242081 | 12/2001 |
| JP | 2002235830 | 8/2002 |
| JP | 2003170906 | 6/2003 |
| JP | 2003231291 | 8/2003 |
| JP | 2003348899 | 12/2003 |
| JP | 2004108593 | 4/2004 |
| JP | 3548622 | 7/2004 |
| JP | 2004241150 | 8/2004 |
| JP | 2004323111 | 11/2004 |
| JP | 2007276042 | 10/2007 |
| JP | 4406016 | 1/2010 |
| KR | 840002211 | 12/1984 |
| KR | 20000029337 | 5/2000 |
| RU | 1772784 | 10/1992 |
| RU | 2118277 | 8/1998 |
| RU | 2161773 | 1/2001 |
| RU | 2004115639 | 1/2006 |
| RU | 2355821 | 5/2009 |
| SU | 1134117 | 1/1985 |
| WO | WO 01/89929 | 11/2001 |
| WO | WO 2006/048738 | 5/2006 |
| WO | WO 2007/116914 | 10/2007 |
| WO | WO 2009/129633 | 10/2009 |
| WO | WO 2009/129636 | 10/2009 |

### OTHER PUBLICATIONS

Brushless DC Motor Drives, By Ali Emandi, in Energy-Efficient Electrical Motors, 3rd ed., Aug. 2004, ¶. 270-272, CRC Press & Marcel Dekker.

Lithium ion technology: shaping power tool. By Bender, in Air conditioning, heating, and refrigeration news. vol. 228, Issue 14, p. 18 Jul. 31, 2006.

Orgapack GmbH, "OR-T 100, Battery-Hand Tool For Plastic Strapping" Operating and Safety Instructions (53 pages) Nov. 1, 2004.

Orgapack GmbH, "OR-T 120, Battery-Operated Hand Tool For Plastic Strapping" Operating Instructions (36 Pages) Sep. 1, 2012.

Orgapack GmbH, "OR-T 200, Battery-Hand Tool For Plastic Strapping" Operating and Safety Instructions (53 pages) Feb. 1, 2004.

Orgapack GmbH, "OR-T 250, Battery-Hand Tool For Plastic Strapping" Operating Instructions (36 pages) Sep. 1, 2009.

Orgapack GmbH, "OR-T 300, Battery-Hand Tool For Plastic Strapping" Operating and Safety Instructions (53 pages) Mar. 1, 2005.

Orgapack GmbH, "OR-T 400, Battery-Hand Tool For Plastic Strapping" Operating Instructions (19 pages) Sep. 1, 2009.

Orgapack GmbH, "OR-T 50, Hand Tool for Plastic Strapping" Operating and Safety Instructions (53 pages) May 1, 2006.

Orgapack GmbH, "OR-T 83, Hand Tool for Plastic Strapping" Operating Instructions (58 pages) Aug. 1, 2000.

Orgapack GmbH, "OR-T 85, Hand Tool for Plastic Strapping" Operating Instructions (58 pages) Jun. 1, 2000.

Orgapack GmbH, "OR-T 86, Hand Tool For Plastic Strapping" Operating Instructions (58 pages) Aug. 1, 1999.

Orgapack GmbH, "OR-T 87, Hand Tool For Plastic Strapping" Operating and Safety Instructions (63 pages) May 1, 2002.

"Evaluation Report of Design Patent", CNIPA, from corresponding Chinese Design Patent No. 201730340255.7, dated Jul. 23, 2019.

\* cited by examiner



FIG. 1



**FIG. 2**



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8