# Exhibit E


US00D874897S

| (12) | United States Design Patent | (10) Patent No.: | US D874,897 S |
|---|---|---|---|
| | Hochstrasser | (45) Date of Patent: ** | Feb. 11, 2020 |

(54) **STRAPPING DEVICE**

(71) Applicant: **Signode Industrial Group LLC**, Glenview, IL (US)

(72) Inventor: **Samuel Hochstrasser**, Fällanden (CH)

(73) Assignee: **Signode Industrial Group LLC**, Glenview, IL (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/705,106**

(22) Filed: **Sep. 10, 2019**

**Related U.S. Application Data**

(63) Continuation of application No. 29/598,733, filed on Mar. 28, 2017.

(51) **LOC (12) Cl.** ............................................. **08-01**
(52) **U.S. Cl.**
USPC .......................................... **D8/61**; D15/145
(58) **Field of Classification Search**
USPC ....... D8/41, 61, 67; D15/122, 145, 146, 199
CPC ......... B65B 13/00; B65B 13/06; B65B 13/16; B65B 13/18; B65B 13/32; B65B 13/285; B65B 57/04; B65B 59/04; B65B 2210/12; E04G 21/122; E04G 21/123
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,194,108 | A | * | 3/1940 | Wright | .................... | B65B 13/02 |
| | | | | | | 100/26 |
| 2,707,429 | A | * | 5/1955 | Leslie II | ................. | B65B 13/06 |
| | | | | | | 100/12 |
| 3,013,589 | A | | 12/1961 | Holford | | |
| 3,120,171 | A | * | 2/1964 | Hall | ........................ | B65B 13/34 |
| | | | | | | 100/26 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2432353 | A1 | 12/2003 |
| CH | 705745 | A2 | 5/2013 |

(Continued)

OTHER PUBLICATIONS

"Evaluation Report of Design Patent", CNIPA, from corresponding Chinese Design Pat. No. 201730340255.7, Jul. 23, 2019.

(Continued)

*Primary Examiner* — Patricia A Palasik
(74) *Attorney, Agent, or Firm* — Neal, Gerber & Eisenberg LLP

(57) **CLAIM**

The ornamental design for a strapping device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front top right-side perspective view of a strapping device of one embodiment of our new design.
FIG. **2** is a front elevational view of the strapping device of FIG. **1**.
FIG. **3** is a rear elevational view of the strapping device of FIG. **1**.
FIG. **4** is a right-side elevational view of the strapping device of FIG. **1**.
FIG. **5** is a left-side elevational view of the strapping device of FIG. **1**.
FIG. **6** is a top plan view of the strapping device of FIG. **1**.
FIG. **7** is a bottom plan view of the strapping device of FIG. **1**; and,
FIG. **8** is a rear bottom left-side perspective view of the strapping device of FIG. **1**.
The broken lines in the drawings depict portions of the strapping device which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



## (56) References Cited

### U.S. PATENT DOCUMENTS

| Patent No. | | Date | Name | Class |
|---|---|---|---|---|
| 3,232,217 | A * | 2/1966 | Harmon | B65B 13/06 100/26 |
| 3,367,374 | A | 2/1968 | Meier et al. | |
| 3,654,033 | A | 4/1972 | Angarola et al. | |
| 4,011,807 | A | 3/1977 | Kobiella | |
| 4,015,643 | A | 4/1977 | Cheung | |
| 4,050,372 | A | 9/1977 | Kobiella | |
| 4,240,865 | A | 12/1980 | Kyts | |
| 4,313,779 | A | 2/1982 | Nix | |
| 4,450,032 | A | 5/1984 | Wehr | |
| 4,495,972 | A | 1/1985 | Walker | |
| 4,502,911 | A * | 3/1985 | Discavage | B65B 13/32 100/33 PB |
| 4,534,817 | A | 8/1985 | O'Sullivan | |
| 4,535,730 | A | 8/1985 | Allen | |
| 4,572,064 | A | 2/1986 | Burton | |
| 4,707,390 | A | 11/1987 | Cheung | |
| 4,724,659 | A * | 2/1988 | Mori | B65B 13/32 100/29 |
| D295,525 | S * | 5/1988 | Sakaki | D15/145 |
| 4,776,905 | A | 10/1988 | Cheung et al. | |
| D307,435 | S * | 4/1990 | Sakaki | D15/145 |
| D308,977 | S * | 7/1990 | Sakaki | D15/145 |
| 5,133,532 | A | 7/1992 | Figiel et al. | |
| 5,146,847 | A | 9/1992 | Lyon et al. | |
| 5,155,982 | A | 10/1992 | Boek et al. | |
| 5,159,218 | A | 10/1992 | Murry et al. | |
| 5,267,508 | A * | 12/1993 | Yoshino | B65B 13/32 100/26 |
| 5,379,576 | A | 1/1995 | Koyama | |
| 5,516,022 | A | 5/1996 | Annis | |
| 5,651,306 | A * | 7/1997 | Hoshino | B65B 13/22 100/26 |
| 5,689,943 | A | 11/1997 | Wehr | |
| 5,690,023 | A | 11/1997 | Stamm et al. | |
| 5,798,596 | A | 8/1998 | Lordo | |
| 5,809,873 | A * | 9/1998 | Chak | B65B 13/22 100/26 |
| 5,944,064 | A | 8/1999 | Saito et al. | |
| 6,003,578 | A | 12/1999 | Chang | |
| D424,078 | S * | 5/2000 | Chin-Chang | D15/145 |
| 6,109,325 | A | 8/2000 | Chang | |
| 6,308,760 | B1 | 10/2001 | Finzo et al. | |
| 6,332,306 | B1 | 12/2001 | Finzo et al. | |
| 6,367,732 | B1 * | 4/2002 | Bobren | B65B 13/184 242/535.3 |
| 6,405,766 | B1 | 6/2002 | Benjey | |
| 6,463,721 | B1 * | 10/2002 | Su | B65B 13/22 100/29 |
| 6,516,715 | B1 | 2/2003 | Reiche | |
| 6,543,341 | B2 | 4/2003 | Lopez | |
| 6,568,159 | B2 * | 5/2003 | Kawai | B65B 13/04 100/25 |
| 6,578,337 | B2 | 6/2003 | Scholl et al. | |
| 6,606,766 | B2 | 8/2003 | Ko | |
| 6,644,713 | B2 | 11/2003 | Del et al. | |
| 6,711,883 | B2 | 3/2004 | Schwede et al. | |
| D488,822 | S * | 4/2004 | Shibazaki | D15/145 |
| 6,715,375 | B2 | 4/2004 | Nestler | |
| 6,729,357 | B2 | 5/2004 | Marsche | |
| 6,732,638 | B1 | 5/2004 | Rometty et al. | |
| 6,745,678 | B1 * | 6/2004 | Liu | B65B 13/06 100/26 |
| 6,786,026 | B2 | 9/2004 | Helmrich | |
| 6,789,469 | B1 | 9/2004 | Tipton | B65B 27/08 100/18 |
| 6,817,159 | B2 | 11/2004 | Sakaki et al. | |
| 6,820,402 | B1 * | 11/2004 | Haberstroh | B65B 13/04 100/26 |
| 6,857,252 | B2 | 2/2005 | Haberstroh et al. | |
| 6,877,420 | B2 | 4/2005 | Sickels | |
| 6,918,235 | B2 | 7/2005 | Nix | |
| 6,931,986 | B1 * | 8/2005 | Liu | B65B 13/22 100/32 |
| 6,955,119 | B2 | 10/2005 | Bobren et al. | |
| 6,994,019 | B1 * | 2/2006 | Liu | B65B 13/08 100/26 |
| 7,011,000 | B2 | 3/2006 | Kushida et al. | |
| 7,073,431 | B1 | 7/2006 | Chen | |
| 7,121,194 | B2 | 10/2006 | Pearson et al. | |
| D546,852 | S * | 7/2007 | Shimojima | D15/145 |
| 7,240,612 | B1 * | 7/2007 | Kirar | B65B 13/06 100/18 |
| 7,249,862 | B2 | 7/2007 | Shirane | |
| 7,263,928 | B1 * | 9/2007 | Holden | B65B 13/06 100/26 |
| 7,270,054 | B2 | 9/2007 | Bobren et al. | |
| 7,270,055 | B1 * | 9/2007 | Haberstroh | B65B 13/22 100/26 |
| 7,312,609 | B2 | 12/2007 | Schmollngruber et al. | |
| 7,454,877 | B2 | 11/2008 | Morrison | |
| 7,456,608 | B2 | 11/2008 | Kageler et al. | |
| D629,321 | S | 12/2010 | Neeser et al. | |
| 7,861,649 | B2 | 1/2011 | Bobren et al. | |
| D651,498 | S | 1/2012 | Neeser et al. | |
| D653,923 | S | 2/2012 | Neeser et al. | |
| 8,198,839 | B2 | 6/2012 | Katou et al. | |
| 8,378,600 | B2 | 2/2013 | Katou et al. | |
| 8,522,678 | B2 | 9/2013 | Liu et al. | |
| 8,607,695 | B2 | 12/2013 | Schwede | |
| 8,689,684 | B2 | 4/2014 | Haberstroh et al. | |
| 8,931,404 | B2 | 1/2015 | Lai | |
| 8,931,405 | B2 | 1/2015 | Lai | |
| 8,967,217 | B2 | 3/2015 | Gardner et al. | |
| 9,174,752 | B2 | 11/2015 | Neeser et al. | |
| 9,193,486 | B2 | 11/2015 | Neeser et al. | |
| 9,254,932 | B2 | 2/2016 | Neeser et al. | |
| 9,284,080 | B2 | 3/2016 | Neeser et al. | |
| 9,315,283 | B2 | 4/2016 | Neeser et al. | |
| 9,745,090 | B2 * | 8/2017 | Haberstroh | B65B 13/04 |
| 9,932,135 | B2 | 4/2018 | Finzo et al. | |
| 10,322,830 | B2 | 6/2019 | Höhn et al. | |
| 2002/0100146 | A1 | 8/2002 | Ko | |
| 2002/0129717 | A1 | 9/2002 | Helland et al. | |
| 2002/0134811 | A1 | 9/2002 | Napier et al. | |
| 2003/0010223 | A1 * | 1/2003 | Lopez | B65B 13/06 100/4 |
| 2003/0024217 | A1 * | 2/2003 | Schwede | B65B 25/14 53/586 |
| 2003/0025610 | A1 * | 2/2003 | Helmrich | B65B 13/06 340/9.17 |
| 2003/0145900 | A1 | 8/2003 | Jensen et al. | |
| 2004/0206251 | A1 | 10/2004 | Nix | |
| 2004/0237806 | A1 * | 12/2004 | Sickels | B65B 13/06 100/26 |
| 2004/0244605 | A1 * | 12/2004 | Pearson | B65B 13/06 100/8 |
| 2004/0255562 | A1 * | 12/2004 | Haberstroh | B65B 13/06 53/589 |
| 2004/0255797 | A1 * | 12/2004 | Bobren | B65B 13/06 100/26 |
| 2005/0279198 | A1 | 12/2005 | Kushida et al. | |
| 2006/0108180 | A1 | 5/2006 | Grach et al. | |
| 2006/0192527 | A1 | 8/2006 | Kageler et al. | |
| 2007/0163452 | A1 * | 7/2007 | Bobren | B65B 13/06 100/26 |
| 2008/0072539 | A1 * | 3/2008 | Morrison | B65B 13/06 53/399 |
| 2009/0013656 | A1 | 1/2009 | Nasiatka et al. | |
| 2009/0114308 | A1 | 5/2009 | Nelson et al. | |
| 2010/0154661 | A1 * | 6/2010 | Bobren | B65B 13/06 100/4 |
| 2011/0056389 | A1 | 3/2011 | Neeser et al. | |
| 2011/0056390 | A1 | 3/2011 | Neeser et al. | |
| 2011/0056391 | A1 | 3/2011 | Neeser et al. | |
| 2011/0056392 | A1 | 3/2011 | Neeser et al. | |
| 2011/0100233 | A1 | 5/2011 | Neeser et al. | |
| 2011/0146505 | A1 * | 6/2011 | Schwede | B65B 13/185 100/8 |
| 2011/0253480 | A1 | 10/2011 | Goodman et al. | |
| 2012/0017780 | A1 | 1/2012 | Haberstroh et al. | |
| 2012/0160364 | A1 | 6/2012 | Katou et al. | |

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2012/0210682 A1 | 8/2012 | Gardner et al. |
| 2012/0216688 A1* | 8/2012 | Liu .................. B65B 13/06 100/8 |
| 2013/0014653 A1* | 1/2013 | Lai .................. B65B 13/06 100/32 |
| 2013/0014654 A1* | 1/2013 | Lai .................. B65B 13/06 100/32 |
| 2013/0098252 A1* | 4/2013 | Haberstroh ........ B65B 13/18 100/8 |
| 2013/0276415 A1* | 10/2013 | Haberstroh ........ B65B 13/04 53/589 |
| 2014/0083310 A1* | 3/2014 | Hohn ................. B65B 13/18 100/2 |
| 2014/0290179 A1 | 10/2014 | Keller |
| 2015/0210411 A1 | 7/2015 | Finzo et al. |
| 2016/0107775 A1 | 4/2016 | Amacker et al. |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1151129 A | 6/1997 |
| CN | 2266566 Y | 11/1997 |
| CN | 1203878 A | 1/1999 |
| CN | 1253099 A | 5/2000 |
| CN | 3260241 D | 10/2002 |
| CN | 1418163 A | 5/2003 |
| CN | 1558842 A | 12/2004 |
| CN | 1660675 A | 8/2005 |
| CN | 3534469 D | 6/2006 |
| CN | 1859999 A | 11/2006 |
| CN | 101134308 A | 3/2008 |
| CN | 101164416 A | 4/2008 |
| CN | 101287578 A | 10/2008 |
| CN | 101486329 A | 7/2009 |
| CN | 301044699 D | 10/2009 |
| CN | 201411061 Y | 2/2010 |
| CN | 101678903 A | 3/2010 |
| CN | 301199818 S | 5/2010 |
| CN | 101870367 A | 10/2010 |
| CN | 301492534 S | 3/2011 |
| CN | 102026873 A | 4/2011 |
| CN | 102026874 A | 4/2011 |
| CN | 102026875 A | 4/2011 |
| CN | 202100012 U | 1/2012 |
| CN | 302836585 S | 6/2014 |
| CN | 303949899 S | 11/2016 |
| CN | 303979302 S | 12/2016 |
| DE | 3916355 A1 | 12/1989 |
| DE | 4014305 A1 | 11/1991 |
| DE | 19751861 A1 | 1/1999 |
| DE | 10026200 A1 | 11/2001 |
| DE | 20321137 U1 | 1/2006 |
| DE | 102005049130 A1 | 4/2007 |
| DE | 102006007990 A1 | 8/2007 |
| DE | 102009047443 A1 | 6/2011 |
| DE | 202011050797 U1 | 11/2011 |
| EP | 0095643 A2 | 12/1983 |
| EP | 0480627 A1 | 4/1992 |
| EP | 0603868 A1 | 6/1994 |
| EP | 0659525 A2 | 6/1995 |
| EP | 0744343 A1 | 11/1996 |
| EP | 0949146 A1 | 10/1999 |
| EP | 0997377 A1 | 5/2000 |
| EP | 0999133 A1 | 5/2000 |
| EP | 1177978 A1 | 2/2002 |
| EP | 1316506 A1 | 6/2003 |
| EP | 1413519 A1 | 4/2004 |
| EP | 1837279 A1 | 9/2007 |
| EP | 2271553 B1 | 4/2013 |
| GB | 1161827 A | 8/1969 |
| GB | 2041869 A | 9/1980 |
| GB | 2481724 A | 1/2012 |
| JP | S5290398 U | 7/1977 |
| JP | S541238 B1 | 1/1979 |
| JP | S5638220 A | 4/1981 |
| JP | S6322320 A | 1/1988 |
| JP | H05198241 A | 8/1993 |
| JP | H07300108 A | 11/1995 |
| JP | H08258808 A | 10/1996 |
| JP | H08324506 A | 12/1996 |
| JP | H09283103 A | 10/1997 |
| JP | 3044132 B2 | 5/2000 |
| JP | 2000128113 A | 5/2000 |
| JP | 2000128115 A | 5/2000 |
| JP | 3227693 B2 | 9/2001 |
| JP | 3242081 B2 | 10/2001 |
| JP | 2002235830 A | 8/2002 |
| JP | 2003170906 A | 6/2003 |
| JP | 2003231291 A | 8/2003 |
| JP | 2003348899 A | 12/2003 |
| JP | 3548622 B2 | 4/2004 |
| JP | 2004108593 A | 4/2004 |
| JP | 2004241150 A | 8/2004 |
| JP | 2004323111 A | 11/2004 |
| JP | 2007276042 A | 10/2007 |
| JP | 4406016 B2 | 11/2009 |
| KR | 840002211 B1 | 12/1984 |
| KR | 20000029337 A | 5/2000 |
| RU | 1772784 C | 10/1992 |
| RU | 2118277 C1 | 8/1998 |
| RU | 2161773 C2 | 1/2001 |
| RU | 2004115639 A | 1/2006 |
| RU | 2355821 C1 | 5/2009 |
| SU | 1134117 A3 | 1/1985 |
| WO | 0189929 A1 | 11/2001 |
| WO | 2006048738 A1 | 5/2006 |
| WO | 2007116914 A1 | 10/2007 |
| WO | 2009129633 A1 | 10/2009 |
| WO | 2009129636 A1 | 10/2009 |

#### OTHER PUBLICATIONS

"Orgapack ORT-250 Automatic Sealless Combo Strapping Tool", located online at www.uline.com/Product/Detail/H-2385/Poly-Strapping_Tools/Orgapack-ORT-250-Automatic-Sealless-Combo-Strapping-Tool.com, available prior to Jan. 30, 2017 (1 page).

Bender, "Lithium Ion Technology: Shaping Power Tool", Air Conditioning, Heating, and Refrigeration News, vol. 228, Issue 14, p. 18 (3 pages), Jul. 31, 2006.

Emandi, Ali, "Brushless DC Motor Drives", Energy-Efficient Electrical Motors, 3rd ed., Para. 270-272, CRC Press & Marcel Dekker (3 pages).

Orgapack GMBH, "OR-T 100, Battery-Hand Tool For Plastic Strapping", Operating and Safety Instructions (53 pages), Nov. 1, 2004.

Orgapack GMBH, "OR-T 120, Battery-Operated Hand Tool For Plastic Strapping", Operating Instructions (36 pages), Sep. 1, 2012.

Orgapack GMBH, "OR-T 200, Battery-Hand Tool For Plastic Strapping", Operating and Safety Instructions (53 pages), Feb. 1, 2004.

Orgapack GMBH, "OR-T 250, Battery-Hand Tool For Plastic Strapping", Operating Instructions (36 pages), Sep. 1, 2009.

Orgapack GMBH, "OR-T 300, Battery-Hand Tool For Plastic Strapping", Operating and Safety Instructions (53 pages), Mar. 1, 2005.

Orgapack GMBH, "OR-T 400, Battery-Hand Tool For Plastic Strapping", Operating Instructions (19 pages), Sep. 1, 2009.

Orgapack GMBH, "OR-T 50, Hand Tool For Plastic Strapping", Operating and Safety Instructions (53 pages), May 1, 2006.

Orgapack GMBH, "OR-T 83, Hand Tool For Plastic Strapping", Operating Instructions (58 pages), Aug. 1, 2000.

Orgapack GMBH, "OR-T 85, Hand Tool for Plastic Strapping", Operating Instructions (58 pages), Jun. 1, 2000.

Orgapack GMBH, "OR-T 86, Hand Tool For Plastic Strapping", Operating Instructions (58 pages), Aug. 1, 1999.

Orgapack GMBH, "OR-T 87, Hand Tool For Plastic Strapping", Operating and Safety Instructions (63 pages), May 1, 2002.

* cited by examiner



FIG. 1



**FIG. 2**



**FIG. 3**



FIG. 4



FIG. 5



**FIG. 6**



**FIG. 7**



FIG. 8