IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>HANGZHOU YOUNGSUN INTELLIGENT EQUIPMENT CO., LTD. d/b/a YOUNGSUN PACK,<br><br>Defendant. | C.A. No. 2:25-cv-00633<br><br>**Jury Trial Demanded** |

## JURY DEMAND

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Signode Industrial Group LLC hereby respectfully demands a jury trial on all issues so triable.

Dated: June 13, 2025

Respectfully submitted,

/s/ Devon C. Beane
Devon C. Beane *(Lead Counsel)*
Bar No. 6303129IL
Jared Lund
*(pro hac vice* forthcoming)
A. Rebekah Hill
Bar No. 6345666IL
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
devon.beane@klgates.com
jared.lund@klgates.com
rebekah.hill@klgates.com

Erik J. Halverson
Bar No. 333492CA
**K&L GATES LLP**

1

2

Four Embarcadero, Suite 1200
San Francisco, CA 94111
Tel.: (415) 885-8238
erik.halverson@klgates.com

*Attorneys for Plaintiff*
*Signode Industrial Group LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Devon C. Beane
Devon C. Beane