IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>HANGZHOU YOUNGSUN INTELLIGENT EQUIPMENT CO., LTD. d/b/a YOUNGSUN PACK,<br><br>Defendant. | C.A. No. 2:25-cv-00633 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Signode Industrial Group LLC ("Signode"), by and through its undersigned counsel, hereby states:

1. Signode is a nongovernmental corporate entity.

2. Signode is wholly owned by Signode Industrial Group US Inc.

3. Signode Industrial Group US Inc. is wholly owned by Signode Industrial Group Holdings US Inc.

4. Signode Industrial Group Holdings US Inc. is wholly owned by Crown Holdings, Inc.

1

Dated: June 13, 2025

Respectfully submitted,

/s/ Devon C. Beane
Devon Beane *(Lead Counsel)*
Bar No. 6303129IL
Rebekah Hill
Bar No. 6345666IL
Jared Lund
*(pro hac vice* forthcoming)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
devon.beane@klgates.com
rebekah.hill@klgates.com
jared.lund@klgates.com

Erik J. Halverson
Bar No. 333492CA
**K&L GATES LLP**
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Tel.: (415) 885-8238
erik.halverson@klgates.com

*Attorneys for Plaintiff*
*Signode Industrial Group LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 13, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Devon C. Beane
Devon C. Beane