IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>    Plaintiff,<br><br> v.<br><br>HANGZHOU YOUNGSUN INTELLIGENT EQUIPMENT CO., LTD. d/b/a YOUNGSUN PACK,<br><br>    Defendant. | Civil Action No. 2:25-cv-00633 |

### NOTICE OF APPEARANCE OF COUNSEL

 Notice is hereby given that the undersigned attorney, Erik J. Halverson of K&L Gates LLP, enters his appearance as counsel on behalf of Plaintiff Signode Industrial Group LLC, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.

Dated: June 13, 2025

                Respectfully submitted,

                /s/ Erik J. Halverson
                Erik J. Halverson
                Bar No. 333492CA
                **K&L GATES LLP**
                Four Embarcadero, Suite 1200
                San Francisco, CA 94111
                Tel.: (415) 885-8238
                erik.halverson@klgates.com

                *Attorney for Plaintiff*
                *Signode Industrial Group LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Erik J. Halverson
Erik J. Halverson