IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>HANGZHOU YOUNGSUN INTELLIGENT EQUIPMENT CO., LTD. d/b/a YOUNGSUN PACK,<br><br>Defendant. | Civil Action No. 2:25-cv-00633 |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, Anna Rebekah Hill of K&L Gates LLP, enters her appearance as counsel on behalf of Plaintiff Signode Industrial Group LLC, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.

Dated: June 13, 2025

Respectfully submitted,

/s/ Anna Rebekah Hill
Anna Rebekah Hill
Bar No. 6345666IL
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 807-4293
rebekah.hill@klgates.com

*Attorney for Plaintiff*
*Signode Industrial Group LLC*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Anna Rebekah Hill
Anna Rebekah Hill